IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT MCEWAN,

       Plaintiff,

v.                                       CV 16-1272 WPL/SMV

SAFECO INSURANCE COMPANY
OF AMERICA,

       Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause is dismissed without prejudice.

                                                            _____
                                                            William P. Lynch
                                                            United States Magistrate Judge